Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Starr Rail LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 3 – 2 1 7 3 0 4 8 |

**4. Debtor's address**

**Principal place of business**

2399 FM 895
Number    Street

Cooper, TX 75432
City                State    ZIP Code

Delta
County

**Mailing address, if different from principal place of business**

Number    Street

City                State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City                State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Starr Rail LLC**                                                                          Case number *(if known)*
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

  **4**  **9**  **3**  **1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                 MM / DD / YYYY

      District _____ When _____ Case number _____
                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

      District _____ When _____
                                        MM / DD / YYYY

      Case number, if known _____

Debtor    **Starr Rail LLC**                                                    Case number *(if known)*
_____
Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br><br>Number        Street<br><br>_____<br><br>_____<br>City            State    ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.    Insurance agency _____<br><br>Contact name _____<br><br>Phone _____ |

---

**Statistical and administrative information**

---

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| **15. Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   **Starr Rail LLC**                                                     Case number *(if known)* _____
      Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ▪ I have been authorized to file this petition on behalf of the debtor.

- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **04/11/2025**
            MM/  DD/  YYYY

**X**   **/s/ Brian Williams**                                     **Brian Williams**
    Signature of authorized representative of debtor                 Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X**   **/s/ Robert T DeMarco**                     Date   **04/11/2025**
    Signature of attorney for debtor                          MM/  DD/  YYYY

    **Robert T DeMarco**
    Printed name

    **DeMarco Mitchell, PLLC**
    Firm name

    **12770 Coit Road, Suite 850**
    Number      Street

    **Dallas**                          **TX**      **75251**
    City                            State     ZIP Code

    **(972) 991-5591**                  **robert@demarcomitchell.com**
    Contact phone                        Email address

    **24014543**                        **TX**
    Bar number                          State

Fill in this information to identify the case:

Debtor Name **Starr Rail LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**

(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Bank of America** | **Checking account** | **4 3 4 7** | $1,601.47 |
| 3.2. **First National Bank of Hughes Springs** | **Checking account** | **0 5 6 6** | $1,127.11 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____

   4.2. _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $2,728.58 |
   | --- |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   | Current value of debtor's interest |
   | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor    **Starr Rail LLC**                                    Case number *(if known)* _____
         Name

| 7.1 | _____ | _____ |
| 7.2 | _____ | _____ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

| 8.1 | _____ | _____ |
| 8.2 | _____ | _____ |

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.

_____

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | **unknown** - **unknown** =.....➜ | $252,950.50 |
|  | face amount        doubtful or uncollectible accounts |  |
| 11b. Over 90 days old: | **unknown** - **unknown** =.....➜ | $750.00 |
|  | face amount        doubtful or uncollectible accounts |  |

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$253,700.50

**Part 4:    Investments**

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.
   ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

| 14.1 | _____ | _____ | _____ |
| 14.2 | _____ | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                          % of ownership:

| 15.1 | _____ | _____ | _____ | _____ |
| 15.2 | _____ | _____ | _____ | _____ |

Debtor   **Starr Rail LLC** _____   Case number *(if known)* _____
      Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____   _____   _____

    16.2 _____   _____   _____

17. **Total of Part 4**                                                    [_____]

    Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**                                                    [_____]

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|-------------------------------------------------------------------------------|

Debtor    **Starr Rail LLC**

Name

Case number *(if known)*

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor   **Starr Rail LLC**
Name

Case number *(if known)*

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| (3) Desks with Chair | $625.00 | | $150.00 |
| **40.** **Office fixtures** | | | |
| Portable Gable Building | $19,544.00 | | $6,000.00 |
| Silo | $255,000.00 | | $350,000.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Welder | $5,500.00 | | $3,500.00 |
| Bagger and conveyors | $125,000.00 | | $65,000.00 |
| (5) Laptop/Desktop Computers | $6,300.00 | | $2,700.00 |
| HVAC | $4,454.00 | | $500.00 |
| Armor Digital Truck Scale | $107,000.00 | | $20,000.00 |
| (2) Flow Meters | $38,766.00 | | $10,000.00 |
| (3) Hangcha FP 25 Forklifts, SN (12BB01421, 12BB01422, 12BB01424) | unknown | | $95,000.00 |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |
| **43.** **Total of Part 7** <br> Add lines 39 through 42. Copy the total to line 86. | | | $552,850.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:**   Machinery, equipment, and vehicles

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

---

Debtor **Starr Rail LLC**
Name

Case number *(if known)*

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2018 Freightliner Semi-Truck / VIN: 3AKJGNDV2JDJY1459** | unknown | | $129,900.00 |
| 47.2 **2018 Western Star Semi-Truck / VIN: 5KKXAFCG2JPJP4053** | unknown | | $129,900.00 |
| 47.3 **2019 Freight Liner Semi0Truck / VIN: 3AKJGEDV6KDKN3121** | unknown | | $129,900.00 |
| 47.4 **Tractor /** Tractor, SN (JJA0054628) | unknown | | $75,000.00 |
| 47.5 **2023 Armor Lite 37' End Dump Traier / VIN: 4A9T3DG2XPB178115** | unknown | | $62,000.00 |
| 47.6 **175 HP MFWD Tractor with Rail Car Hitch** | unknown | | $5,000.00 |
| 47.7 **Case 175 HP Tractor** | unknown | | $15,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| 49. **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Gradall Lift** | unknown | | $5,000.00 |
| **Stacking Conveyor** | unknown | | $3,000.00 |
| 51. **Total of Part 8**<br>Add lines 47 through 50. Copy the total to line 87. | | | $554,700.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:** Real property

Debtor    **Starr Rail LLC**
_____    Case number *(if known)* _____
Name

---

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Packaging, Warehouse & Office /**<br>**4201 Waco St Texarkana, TX 75501** | Fee Simple | unknown | | $1,400,000.00 |

56. **Total of Part 9**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $1,400,000.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 10:** | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| 61. **Internet domain names and websites** | | | |
| | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| | | | |
| 65. **Goodwill** | | | |

---

Debtor   **Starr Rail LLC**                                                       Case number *(if known)* _____
              Name

---

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    _____   _____ – _____ = ➜   _____
                              Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   _____

    _____   Tax year _____   _____

    _____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

    _____                          _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____                          _____

    **Nature of claim**   _____

    **Amount requested**   _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

---

Debtor  **Starr Rail LLC**
Name

Case number *(if known)*

**Nature of claim**

**Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,728.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $253,700.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $552,850.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $554,700.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................➔ | | $1,400,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | $1,363,979.08 | + 91b. $1,400,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................... | | $2,763,979.08 |

---

Fill in this information to identify the case:

Debtor name    **Starr Rail LLC**

United States Bankruptcy Court for the: _____ **Northern**   District of   **Texas**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

---

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1.   Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

---

**Part 1:**   List Creditors Who Have Secured Claims

| 2. | **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**   **Creditor's name**

**Ark-Tex Regional Development Company**

**Creditor's mailing address**

**PO Box 3918**

**Portland, OR 97208**

Creditor's email address, if known
_____

Date debt was incurred      **3/3/2021**

Last 4 digits of account   **8   4   0   5**
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

1) Bowie County Tax Assessor-Collector; **2) Ark-Tex Regional Development Company;** 3) First National Bank Hughes Springs; 4) First National Bank Hughes Springs; 5) Small Business Administration

**Describe debtor's property that is subject to a lien**

Packaging, Warehouse & Office

**Describe the lien**

**SBA Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  | Column A | Column B |
|---|---|---|
|  | $474,880.00 | $1,400,000.00 |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,887,044.01 |
|---|---|---|

Debtor   **Starr Rail LLC**                                           Case number (if known) _____
         Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

**Balboa Capital Corp.**

**Describe debtor's property that is subject to a lien**

(3) Hangcha FP 25 Forklifts, SN (12BB01421, 12BB01422, 12BB01424)

$67,219.80        $95,000.00

**Creditor's mailing address**

**575 Anton Blvd. 12th fl**

**Costa Mesa, CA 92626**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**     10/12/2022

**Last 4 digits of account number**     5 0 0 3

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____

　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    **Starr Rail LLC**                                    Case number (if known) _____
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.3** **Creditor's name**

**Bowie County Tax Assessor-Collector**

**Creditor's mailing address**

**601 Main Street**

**Texarkana, TX 75501**

**Creditor's email address, if known**

Date debt was incurred          2024

Last 4 digits of account          3   8   0   0
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

_____

   ☑ Yes. The relative priority of creditors
is specified on lines  **2.1**

**Describe debtor's property that is subject to a lien**

Packaging, Warehouse & Office                          **$11,108.74**          **$1,400,000.00**

**Describe the lien**

**Property Taxes**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **Starr Rail LLC**                                              Case number (if known) _____
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|---------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.4** **Creditor's name**

**Daimler Truck Financial Services**

**Creditor's mailing address**

**PO Box 901**

**Roanoke, TX 76262**

**Creditor's email address, if known**

_____

Date debt was incurred    **1/19/2022**

Last 4 digits of account    **0   0   0   1**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2018 Freightliner Semi-Truck                          **$38,065.68**          **$129,900.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor      **Starr Rail LLC**
Name                                                                          Case number (if known)

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.5** **Creditor's name**

**Daimler Truck Financial Services**

**Creditor's mailing address**

**PO Box 901**

**Roanoke, TX 76262**

**Creditor's email address, if known**

Date debt was incurred      **9/10/2020**

Last 4 digits of account      **6   0   0   1**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2018 Western Star Semi-Truck                    **$17,078.75**      **$129,900.00**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor      **Starr Rail LLC**                                                    Case number (if known) _____
            Name

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.6** Creditor's name

**Daimler Truck Financial Services**

Creditor's mailing address

**PO Box 901**

**Roanoke, TX 76262**

Creditor's email address, if known

_____

Date debt was incurred      **9/10/2020**

Last 4 digits of account    **2  0  0  1**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Freight Liner Semi0Truck

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$81,787.64**      **$129,900.00**

Debtor  **Starr Rail LLC**
_____    Case number (if known) _____
Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7  Creditor's name**

**Farm Machinery Funding**

**Creditor's mailing address**

**8930 E Raintree Dr**

**Scottsdale, AZ 85260**

**Creditor's email address, if known**

_____

Date debt was incurred      **1/12/2023**

Last 4 digits of account       **7  6  5  5**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Tractor                                            **$11,759.40**        **$75,000.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor     **Starr Rail LLC**
　　　　　Name

Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.8** Creditor's name

**First National Bank Hughes Springs**

Creditor's mailing address

**PO Box 188**

**Hughes Springs, TX 75656**

Creditor's email address, if known

_____

Date debt was incurred        **3/3/2021**

Last 4 digits of account number    **2  6  9  9**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____

　　_____

　　☑ Yes. The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien

Packaging, Warehouse & Office

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$602,269.00**    **$1,400,000.00**

Debtor    **Starr Rail LLC**
_____          Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Part 1:** | Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.9** Creditor's name

**First National Bank Hughes Springs**

**Describe debtor's property that is subject to a lien**

Packaging, Warehouse & Office

**Describe the lien**

_____

| | $84,075.00 | $1,400,000.00 |
|---|---|---|

**Creditor's mailing address**

**505 E First St**

**Hughes Springs, TX 75656**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**     **1/4/2021**

**Last 4 digits of account number**     **2   7   1   0**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.1**

Debtor  **Starr Rail LLC**
Name

Case number (if known) _____

| | Column A | Column B |
|---|---|---|
| **Part 1:** Additional Page | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | |

**2.10** Creditor's name

**Mitsubishi HC Capital America**

Creditor's mailing address

**777 International Pkwy, Suite 240**

**Flower Mound, TX 75022**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account   **4   7   4   2**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2023 Armor Lite 37' End Dump Traier

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$58,000.00**        **$62,000.00**

Debtor   **Starr Rail LLC**                                     Case number (if known) _____
         _____
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.11** **Creditor's name**

**Small Business Administration**

**Creditor's mailing address**

**14925 Kingsport Road**

**Fort Worth, TX 76155-2243**

**Creditor's email address, if known**

_____

Date debt was incurred     **1/11/2022**

Last 4 digits of account     **7  8  0  7**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      For Packaging, Warehouse & Office: 1) Bowie County Tax Assessor-Collector; 2) Ark-Tex Regional Development Company; 3) First National Bank Hughes Springs; 4) First National Bank Hughes Springs; **5) Small Business Administration**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Packaging, Warehouse & Office, Accounts receivable under 90 days, Accounts receivable over 90 days

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **$440,800.00** | **$1,653,700.50** |

Debtor   **Starr Rail LLC**

Name
Case number (if known) _____

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ark-Tex Regional Development Company**<br>**4808 Elizabeth St**<br>**Texarkana, TX 75503** | Line 2. _1_ | __ __ __ __ |
| **First National Bank Hughes Springs**<br>**505 E First St**<br>**Hughes Springs, TX 75656** | Line 2. _8_ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____ **Starr Rail LLC** _____

United States Bankruptcy Court for the:

_____ **Northern District of Texas** _____

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Starr Rail LLC**                                                Case number *(if known)* _____
          Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

AFCO

P.O. Box 660448

Sanger, TX 76266-0448

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insurance Premium Finance

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $30,663.70

---

**3.2** Nonpriority creditor's name and mailing address

Bank of America

PO Box 75266

Dallas, TX 75266

Date or dates debt was incurred  _____

Last 4 digits of account number  **7  2  2  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $24,713.78

---

**3.3** Nonpriority creditor's name and mailing address

Chase

Card Member Services

PO Box 1423

Charlotte, NC 28201-1423

Date or dates debt was incurred  _____

Last 4 digits of account number  **1  5  4  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $21,507.76

---

**3.4** Nonpriority creditor's name and mailing address

Corpus Christi Terminal Railroad

c/o Robbins Travis PLLC

2485 E. Southlake Blvd, Suite 160

Southlake, TX 76092

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $84,255.53

Debtor    **Starr Rail LLC**
_____                Case number *(if known)* _____
Name

| **Part 2:** | Additional Page |

---

**3.5** Nonpriority creditor's name and mailing address

**CPKC**
_____

**7550 Ogden Dale Road S.E.**
_____

**Calgary, AB T2C 4X9**
_____

**Canada,**
_____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$219,907.00

---

**3.6** Nonpriority creditor's name and mailing address

**Kiamichi Railroad**
_____

**c/o Robbins Travis PLLC**
_____

**2485 E. Southlake Blvd, Suite 160**
_____

**Southlake, TX 76092**
_____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$132,670.05

---

**3.7** Nonpriority creditor's name and mailing address

**LTS Material Handling**
_____

**P.O. Box 8251**
_____

**Tyler, TX 75711**
_____

Date or dates debt was incurred     **9/30/2023**

Last 4 digits of account number     I  L  L  C

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$9,441.57

---

**3.8** Nonpriority creditor's name and mailing address

**Overton Funding LLC**
_____

**2802 N. 29th Ave.**
_____

**Hollywood, FL 33020**
_____

Date or dates debt was incurred     _____

Last 4 digits of account number     R  a  i  l

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **MCA**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$66,420.00

Debtor    **Starr Rail LLC**
_____
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$589,579.39** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$589,579.39** |

Fill in this information to identify the case:

Debtor name **Starr Rail LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 2285 State Route 545, Mansfield, OH 44903 <br><br> Contract to be ASSUMED | Ashland Railway <br><br> 6055D Kellers Church Rd <br><br> Pipersville, PA 18947 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Subcontract for Labor under Hickman Williams & Company Premises: 890 FM 1432, Victoria, TX 77905 <br><br> Contract to be ASSUMED | Hickman Williams & Company <br><br> 250 E 5th St, Suite 300 <br><br> Cincinnati, OH 45202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | 3007 Harding Highway E, Marion, OH 43302 <br><br> Contract to be ASSUMED | Jaguar Transport <br><br> 1027 S Main St, Suite 403 <br><br> Joplin, MO 64801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | 331 N Park, Ashdown, AR 71822 <br><br> Contract to be ASSUMED | Kiamichi Railroad <br><br> 800 Martin Luther King Blvd <br><br> Hugo, OK 74743 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | **Starr Rail LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract for Labor under Scotwood Industries Premises: 3114 Ave B, Birmingham, AL 35218** <br><br> **Contract to be ASSUMED** | **Scotwood Industries** <br><br> **12980 Metcalf Ave, 240** <br><br> **Overland Park, KS 66213** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Starr Rail LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**

(State)

Case number (If known):

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.**

**1.** **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,
Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the
creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 **Brian Williams** | **2399 FM 895** <br> Street <br><br> **Cooper, TX 75432** <br> City          State          ZIP Code | **Ark-Tex Regional Development Company** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **First National Bank Hughes Springs** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **First National Bank Hughes Springs** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Small Business Administration** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Overton Funding LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Bank of America** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 **Certainteed LLC** | **20 Moores Rd** <br> Street <br><br> **Malvern, PA 19355** <br> City          State          ZIP Code | **Ashland Railway** | ☐ D <br> ☐ E/F <br> ☑ G |

| Debtor | **Starr Rail LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.3 | **Williams, Brian** | **2399 FM 895**<br>Street<br><br>**Cooper, TX 75432**<br>City   State   ZIP Code | **Ark-Tex Regional Development Company** | ☑ D ☐ E/F ☐ G |
| | | | **First National Bank Hughes Springs** | ☑ D ☐ E/F ☐ G |
| | | | **First National Bank Hughes Springs** | ☑ D ☐ E/F ☐ G |
| | | | **Small Business Administration** | ☑ D ☐ E/F ☐ G |
| | | | **Overton Funding LLC** | ☐ D ☑ E/F ☐ G |
| | | | **Bank of America** | ☐ D ☑ E/F ☐ G |
| 2.4 | | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.5 | | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.6 | | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor name _____**Starr Rail LLC**_____

United States Bankruptcy Court for the:

_____**Northern District of Texas**_____

Case number (if known): _____    Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   **1a. Real Property:**
   Copy line 88 from *Schedule A/B*...................................................................................  | **$1,400,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................  | **$1,363,979.08**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................  | **$2,763,979.08**

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................  | **$1,887,044.01**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................................  | **$0.00**

   **3b. Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................................  | **+    $589,579.39**

4. **Total liabilities**...........................................................................................................................................  | **$2,476,623.40**
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____ **Starr Rail LLC** _____

United States Bankruptcy Court for the:

_____ **Northern District of Texas** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## ▮ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  **List of Equity Security Holders** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __04/11/2025__
              MM/ DD/ YYYY

**X** **/s/ Brian Williams** _____
Signature of individual signing on behalf of debtor

**Brian Williams** _____
Printed name

**Managing Member** _____
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name _____**Starr Rail LLC**_____

United States Bankruptcy Court for the:

_____**Northern District of Texas**_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2025</u> to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$843,302.09** |
| **For prior year:** From <u>01/01/2024</u> to <u>12/31/2024</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,198,841.24** |
| **For the year before that:** From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,617,761.90** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2025</u> to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From <u>01/01/2024</u> to <u>12/31/2024</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor   **Starr Rail LLC**
_____   Case number _(if known)_ _____
Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|-----------------------------------------------------------|

**3.**     **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Overton Funding LLC** <br> Creditor's name <br> **2802 N. 29th Ave.** <br> Street <br><br> **Hollywood, FL 33020** <br> City          State   ZIP Code | | **$31,500.00** | ❏ Secured debt <br> ☑ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ❏ Services <br> ❏ Other _____ |
| 3.2. **Bank of America** <br> Creditor's name <br> **PO Box 75266** <br> Street <br><br> **Dallas, TX 75266** <br> City          State   ZIP Code | | **$8,000.00** | ❏ Secured debt <br> ☑ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ❏ Services <br> ❏ Other _____ |
| 3.3. **First National Bank Hughes Springs** <br> Creditor's name <br> **505 E First St** <br> Street <br><br> **Hughes Springs, TX 75656** <br> City          State   ZIP Code | | **$16,115.45** | ☑ Secured debt <br> ❏ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ❏ Services <br> ❏ Other _____ |
| 3.4. **Small Business Administration** <br> Creditor's name <br> **14925 Kingsport Road** <br> Street <br><br> **Fort Worth, TX 76155-2243** <br> City          State   ZIP Code | | **$7,709.02** | ☑ Secured debt <br> ❏ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ❏ Services <br> ❏ Other _____ |
| 3.5. **New Covenant HVAC** <br> Creditor's name <br><br> Street <br><br> City          State   ZIP Code | | **$9,800.00** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ❏ Services <br> ❏ Other _____ |

Debtor   **Starr Rail LLC**
_____   Case number *(if known)* _____
         Name

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ | _____ | _____ | _____ |
| Creditor's name | _____ | | _____ |
| Street | _____ | | _____ |
| _____ | | | |
| City          State   ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| Street | | | |
| _____ | | | |
| City          State   ZIP Code | | | |

**6.** **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ | | _____ | _____ |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| _____ | | | |
| City          State   ZIP Code | | | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Kiamichi Railroad vs Starr Rail** | **Judgment Entered** | **62nd Judicial District** <br> Name <br><br> **200 W Dallas Ave** <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br><br> **11586** | | **Cooper, TX 75432** <br> City    State    ZIP Code | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Corpus Christi Terminal Railroad vs Starr Rail** | **Judgment Entered** | **62nd Judicial District** <br> Name <br><br> **200 W Dallas Ave** <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br><br> **11587** | | **Cooper, TX 75432** <br> City    State    ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name <br><br> Street <br><br> City    State    ZIP Code | **Case title** <br><br> **Case number** <br><br> **Date of order or assignment** | **Court name and address** <br> Name <br><br> Street <br><br> City    State    ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name

Street

City              State     ZIP Code

**Recipient's relationship to debtor**

---

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|-----------------------------------------------------------|------------------------------------------|--------------|------------------------|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.

---

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|-------|--------------------------------------------|-------------------------------------------------|-------|------------------------|
| | **DeMarco Mitchell, PLLC** | **Attorney's Fee** | **03/28/2025** | **$12,000.00** |

**Address**

**12770 Coit Road, Suite 850**
Street

**Dallas, TX 75251**
City             State     ZIP Code

**Email or website address**

**robert@demarcomitchell.com**

**Who made the payment, if not debtor?**

---

Debtor    **Starr Rail LLC**                                    Case number *(if known)*
_____
Name

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Trustee** | | | |
| | _____ | | | |

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____ To _____ |
| Street | |
| _____ | |
| City          State    ZIP Code | |

Debtor    Starr Rail LLC
Name

Case 25-41307-mxm11    Doc 1    Filed 04/11/25    Entered 04/11/25 18:25:21    Desc Main
Document    Page 42 of 56    Case number *(if known)*

## Part 8:   Health Care Bankruptcies

**15.   Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br><br>Facility name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | _____<br><br>**Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider.<br><br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br><br>☐ Paper |

## Part 9:   Personally Identifiable Information

**16.   Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes.  State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.   Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.   Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    **Starr Rail LLC**
         Name

| 18.1 | _____   XXXX– _ _ _ _ | ☐ Checking | _____ | _____ |
| | Name | ☐ Savings | | |
| | _____ | ☐ Money market | | |
| | Street | ☐ Brokerage | | |
| | _____ | ☐ Other | | |
| | City       State    ZIP Code | _____ | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____ | _____ | _____ | ☐ No |
| | Name | _____ | _____ | ☐ Yes |
| | _____ | _____ | _____ | |
| | Street | | _____ | |
| | _____ | Address | _____ | |
| | City       State    ZIP Code | _____ | _____ | |
| | | _____ | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | _____ | _____ | _____ | ☐ Yes |
| | Name | _____ | _____ | |
| | _____ | _____ | _____ | |
| | Street | | _____ | |
| | _____ | Address | _____ | |
| | City       State    ZIP Code | _____ | _____ | |
| | | _____ | | |

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Scotwood Industries** | **4201 Waco St** | 220,500 bags of pool salt, | _____ |
| Name | | palletized 49 per pallet ($400,000 | |
| **12980 Metcalf Ave, 240** | | value) 8 pallets of plastic pallet | |
| Street | **Texarkana, TX 75501** | bags: $22,500 value 20 pallets of | |
| | | pool salt bags: $40,000 value 8 | |
| **Overland Park    KS    66213** | | pallets of cardboard trays: | |
| City       State    ZIP Code | | $10,000 value 100 tons of raw | |
| | | salt: $60,000 value | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Roehm America** <br> Name <br> **8 Campus Dr, Ste 450** <br> Street <br><br> **Parsippany     NJ     07054** <br> City     State     ZIP Code | **3007 Harding Highway E** <br><br> **Marion, OH 43302** | 3-5 railcars of methylmethylarylate | **$880,000.00** |
| **Hickman Williams & Company** <br> Name <br> **250 E 5th St, Suite 300** <br> Street <br><br> **Cincinnati     OH     45202** <br> City     State     ZIP Code | **3007 Harding Highway E** <br><br> **Marion, OH 43302** | 4-5 railcars of Petcoke | **$175,000.00** |
| **Certainteed LLC** <br> Name <br> **20 Moores Rd** <br> Street <br><br> **Malvern     PA     19355** <br> City     State     ZIP Code | **2285 State Route 545** <br><br> **Mansfield, OH 44903** | 10-12 railcars of headlap granuals | **$480,000.00** |
| **Scotwood Industries** <br> Name <br> **12980 Metcalf Ave, 240** <br> Street <br><br> **Overland Park     KS     66213** <br> City     State     ZIP Code | **331 N Park** <br><br> **Ashdown, AR 71822** | 5-8 railcars of raw salt | **$280,000.00** |

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

Debtor     Starr Rail LLC

Case 25-41307-mxm11    Doc 1    Filed 04/11/25    Entered 04/11/25 18:25:21    Desc Main
Document       Page 45 of 56     Case number *(if known)*

Name

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | | | |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City        State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City        State    ZIP Code | City          State    ZIP Code | | |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | From _____ To _____ |
| | | | |
| | City        State    ZIP Code | | |

Debtor    __Starr Rail LLC_____    Case number *(if known)* _____
      Name

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | From _____ To _____ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | From _____ To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Brian Williams** <br> Name <br><br> **2399 FM 895** <br> Street <br><br> **Cooper, TX 75432** <br> City    State    ZIP Code | _____ <br><br> _____ |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code |

Debtor    Starr Rail LLC
Name

Case 25-41307-mxm11    Doc 1    Filed 04/11/25    Entered 04/11/25 18:25:21    Desc Main
Document    Page 47 of 56
Case number (if known)

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name

Street

City                    State            ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian Williams | 2399 FM 895 Cooper, TX 75432 | Managing Member, | 100.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | , | | From _____ <br> To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Brian Williams <br> Name <br> 2399 FM 895 <br> Street <br> Cooper, TX 75432 <br> City        State      ZIP Code | $60,000 | | Salary |

| Relationship to debtor |
|---|
| Managing Member |

Debtor  Starr Rail LLC
        Name                                                                Case number *(if known)*

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ − ___ ___ ___ ___ ___ ___ ___ |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ − ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:**  Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **04/11/2025**
             MM/ DD/ YYYY

**X** **/s/ Brian Williams**                    Printed name        **Brian Williams**
    Signature of individual signing on behalf of the debtor


Position or relationship to debtor   **Managing Member**


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                          CHAPTER  **11**

**Starr Rail LLC**


DEBTOR(S)                                                   CASE NO


**LIST OF EQUITY SECURITY HOLDERS**

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Brian Williams** 2399 FM 895 Cooper,TX 75432 | Interest | 100% | Member |


**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**


I, the _____ **Managing Member** _____ of the _____ **Nonpublic Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.



Date: **04/11/2025**_____          Signature: **/s/ Brian Williams**_____

                                                                        *Brian Williams, Managing Member*

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **Starr Rail LLC** |
| United States Bankruptcy Court for the: | **Northern District of Texas** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CPKC 7550 Ogden Dale Road S.E. Calgary, AB T2C 4X9 Canada, | | | Contingent Disputed Unliquidated | | | $219,907.00 |
| 2 | Kiamichi Railroad c/o Robbins Travis PLLC 2485 E. Southlake Blvd, Suite 160 Southlake, TX 76092 | | | | | | $132,670.05 |
| 3 | Corpus Christi Terminal Railroad c/o Robbins Travis PLLC 2485 E. Southlake Blvd, Suite 160 Southlake, TX 76092 | | | | | | $84,255.53 |
| 4 | Overton Funding LLC 2802 N. 29th Ave. Hollywood, FL 33020 | | MCA | Contingent Disputed Unliquidated | | | $66,420.00 |
| 5 | AFCO P.O. Box 660448 Sanger, TX 76266-0448 | | Insurance Premium Finance | | | | $30,663.70 |
| 6 | Bank of America PO Box 75266 Dallas, TX 75266 | | | | | | $24,713.78 |
| 7 | Chase Card Member Services PO Box 1423 Charlotte, NC 28201-1423 | | | | | | $21,507.76 |
| 8 | LTS Material Handling P.O. Box 8251 Tyler, TX 75711 | | | | | | $9,441.57 |

Debtor  **Starr Rail LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Starr Rail LLC**                                    CASE NO

                                                            CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ____**04/11/2025**____     Signature _____**/s/ Brian Williams**_____
                                                Brian Williams, Managing Member

AFCO
P.O. Box 660448
Sanger, TX 76266-0448

Ark-Tex Regional
Development Company
PO Box 3918
Portland, OR 97208

Ark-Tex Regional
Development Company
4808 Elizabeth St
Texarkana, TX 75503

Ashland Railway
6055D Kellers Church Rd
Pipersville, PA 18947

Balboa Capital Corp.
575 Anton Blvd. 12th fl
Costa Mesa, CA 92626

Bank of America
PO Box 75266
Dallas, TX 75266

Bowie County Tax Assessor-
Collector
601 Main Street
Texarkana, TX 75501

Brian Williams
2399 FM 895
Cooper, TX 75432

Certainteed LLC
20 Moores Rd
Malvern, PA 19355

Chase
Card Member Services
PO Box 1423
Charlotte, NC 28201-1423

Corpus Christi Terminal
Railroad
c/o Robbins Travis PLLC
2485 E. Southlake Blvd, Suite 160
Southlake, TX 76092

CPKC
7550 Ogden Dale Road S.E.
Calgary, AB T2C 4X9
Canada

Daimler Truck Financial
Services
PO Box 901
Roanoke, TX 76262

Dallas County Tax-Assessor
Collector
500 Elm Street
Dallas, TX 75202

Farm Machinery Funding
8930 E Raintree Dr
Scottsdale, AZ 85260

First National Bank Hughes
Springs
PO Box 188
Hughes Springs, TX 75656

First National Bank Hughes
Springs
505 E First St
Hughes Springs, TX 75656

Hickman Williams & Company
250 E 5th St, Suite 300
Cincinnati, OH 45202

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Jaguar Transport
1027 S Main St, Suite 403
Joplin, MO 64801

Kiamichi Railroad
c/o Robbins Travis PLLC
2485 E. Southlake Blvd, Suite 160
Southlake, TX 76092

Kiamichi Railroad
800 Martin Luther King Blvd
Hugo, OK 74743

LTS Material Handling
P.O. Box 8251
Tyler, TX 75711

Mitsubishi HC Capital America
777 International Pkwy, Suite 240
Flower Mound, TX 75022

Office of the United States
Trustee
Earle Cabell Federal Building
1100 Commerce Street Room 976
Dallas, TX 75242

Overton Funding LLC
2802 N. 29th Ave.
Hollywood, FL 33020

Scotwood Industries
12980 Metcalf Ave, 240
Overland Park, KS 66213

Small Business
Administration
14925 Kingsport Road
Fort Worth, TX 76155-2243

Texas Attorney General's
Office
Bankruptcy Collection Division
PO Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public
Account
C/O Office of the Attorney General
Bankruptcy-Collections Division
PO Box 12548, MC-008
Austin, TX 78711-2548

United States Attorney
Northern District of Texas
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1699

Brian Williams
2399 FM 895
Cooper, TX 75432